IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIANNE R. VOORHEES, | Case No.: 2:20-cv-00916-JDP |
| Plaintiff, | |
| v. | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty-five (35) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be December 17, 2020.  This is Plaintiff's first request for an extension of time.  Plaintiff needs additional time to file her motion for summary judgment due to Plaintiff's counsel's conflicting deadlines in other matters.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: November 12, 2020                    Respectfully submitted,


                                            /s/ *Jared T. Walker*
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: November 12, 2020        By:    /s/ *S. Wyeth McAdam
                                       (*authorized by email on 11/12/2020)
                                       S. Wyeth McAdam
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

**ORDER**

The parties' stipulated extension of time is approved.

IT IS SO ORDERED.

Dated:   November 13, 2020                        _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE