IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIANNE R. VOORHEES,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:20-cv-00916-JDP<br><br>STIPULATION FOR FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>ECF No. 17 |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended for a final thirty (30) day period, such that Plaintiff's motion, with the Court's approval, will be due to be filed by January 18, 2021. This is Plaintiff's second request for an extension of time. Plaintiff's counsel apologizes for the delay but needs additional time to properly prepare Plaintiff's motion for summary judgment because in the last 30 days Plaintiff's counsel has had multiple filing deadlines in other social security matters pending in district court and an appearance before the Ninth Circuit; in the last 30 days Plaintiff's counsel has been responsible for handling or assisting with two mediations in complicated state court litigation matters pending in Sonoma County and Santa Clara County; in the last 30 days counsel was responsible for filing five separate motions to compel discovery in two additional pending state court matters venued in Sacramento County and Santa Clara County; as well as ongoing childcare responsibilities relating to counsel's young children not attending in-person school currently. With the Court's approval, the parties further stipulate that all other dates

in the Court's Scheduling Order be extended accordingly.

Dated: December 17, 2020          Respectfully submitted,

                                              /s/ *Jared T. Walker*
                                              Jared T. Walker,
                                              Attorney for Plaintiff

SO STIPULATED:

                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated: December 17, 2020     By:     /s/ *S. Wyeth McAdam*
                                              (*authorized by email on 12/17/2020)*
                                              S. Wyeth McAdam
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

**ORDER**

The parties' stipulated second extension of time for plaintiff to file a motion for summary judgment is approved and so ordered.

IT IS SO ORDERED.

Dated:   December 21, 2020                         _____
                                                                   JEREMY D. PETERSON
                                                                   UNITED STATES MAGISTRATE JUDGE