UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIANNE R. VOORHEES,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:20-cv-00916-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>ECF No. 20 |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's motion for summary judgment be extended thirty (30) days, from the original deadline, such that Defendant's new deadline, with the Court's approval, will be March 22, 2021. This is Defendant's first request for an extension of time. Defendant needs additional time to file his response to Plaintiff's motion for summary judgment due to Defendant's counsel's conflicting deadlines in other matters and the challenges of working from home with two young children during the pandemic. With the Court's approval,

///

1

the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

                                                    Respectfully submitted,

Dated: February 19, 2021        */s/ Jared Thomas Walker*
                                            Jared Thomas Walker
                                            Law Office of Jared T. Walker, PC
                                            Attorney for Plaintiff
                                            (authorized by email on February 12, 2021)

                                            McGREGOR W. SCOTT
                                            United States Attorney


                                            */s/ S. Wyeth McAdam*
                                            S. WYETH McADAM
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

**ORDER**

    The parties' stipulated extension of time is construed as a motion and granted.

IT IS SO ORDERED.

Dated:   February 22, 2021                                         _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE