UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIANNE R. VOORHEES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:20-cv-00916-JDP (SS)<br><br>ORDER TO SHOW CAUSE WHY COMMISSIONER OF SOCIAL SECURITY FAILED TO COMPLY WITH A COURT ORDER<br><br>THIRTY-DAY DEADLINE |

Plaintiff Jerianne R. Voorhees filed a motion for summary judgment on January 19, 2021. ECF No. 19. On February 22, 2021, the court granted defendant Commissioner of Social Security an extension to file a response by March 22, 2021. ECF No. 21. That deadline has now passed, and defendant has not filed a response. Accordingly, defendant must show cause for this failure to comply with a court order and file a response to the pending motion within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated:    April 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28